DEC 14 2020

Clerk, U.S. Courts
District of Montana
Missoula Division

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

STEPHEN P. KELLY,
General Delivery,
U.S. Post office.
Wolf creek, MT 59648.
   Plaintiff,

vs.

THE U.P.S. Store, a Local
Montana business, and JANE
DOE/A.K.A./BAILEY, in her
official capacity, 432 E. Idaho
Street., Ste. C. Kalispell, MT 59901,
   Defendant(s).

(1)

COMPLAINT

Comes now the plaintiff in the above styled action and does show cause for complaint as follows:

(1) This is an action sustained by, STEPHEN P. KELLY, hereinafter Plaintiff KELLY), and sues the defendant's jointly, THE U.P.S. STORE, a local Montana business, and JANE DOE/A.K.A./BAILEY, in her official capacity, alleging: (a) discrimination based upon age, (b) discrimination based upon sex and gender, (c) civil interference into pending litigation, and, (d) mishandling of U.S. mail.

PARTIES

(2) Plaintiff, STEPHEN P. KELLY, exists as a former

(2)

customer of the local U.P.S. store located within the confines of Kalispell Montana, and conducted official business with defendant's store, as to his pending lawsuits filed in this court upon, (a) the church of Jesus christ of Latter-Day Saints, and (b) upon the Lewis and clark county sheriff's office.

(3) Defendant, THE U.P.S. STORE, exists as a local Montana business entity at which obtainsa mail service handling U.S. mail for a large numeration of its customer's.

(4) Individual and capacity defendant, JANE DOE/A.K.A./ BAILEY, exists as an official employee assigned to handle outgoing mail at the concise Kalispell U.P.S. store under judicial attack.

(3)

## NATURE OF THE CASE

(5) This case is predicated
upon, (a) discrimination based
upon age, (b) discrimination
based upon sex and gender, and
(c) mishandling of U.S. mail,
at the hands of a private
Montana business at which
obtains an official mailing
service dealing directly
with united states mail,
(prior) to all outgoing mail
being furnished and rendered
over to the U.S. postal service.

## JURISDICTION AND VENUE

(6) This court obtains subject
matter jurisdiction over this
case based upon the federal
aspects of, (a) discrimination
based upon age, (b) discrimin-
-ation based upon sex and

(4)

gender, and (c) mishandling of u.s. mail, an isolated (federal matter).

(7) The plaintiff party is a resident of the state of Montana, and has resided in Montana at all times material to this action.

(8) Entity defendant, obtains its principal place of business in the State of Montana, and has been doing business in Montana at all times material to this action.

(9) Defendant, DOE/A.K.A./ BAILEY, is a resident of the state of Montana, and has resided in Montana at all times material to this action.

(10) Venue is proper in the district of Montana because each event giving rise to this action accrued in the district of Montana. 28 U.S.C. § 1391.

## STATEMENT OF FACTS

(11) Commencing on November, 12th, 2020, Plaintiff, KELLY in fact entered into the Local Kalispell (U.P.S.) store, located at 432 E. Idaho street, and conducted a volume of business as to mailing out a portion of civil litigation directly related to two consecutive civil actions/ lawsuit's at which KELLY obtains pending against, (a) the church of Jesus christ of Latter-Day Saints, and (b) the Lewis and clark county sheriff's office, et-al, sheriff's deputy (clint Pullman).

(12) Promptly, on the same concise date and event, defendant, DOE / A.K.A. / BAILEY, noticed Plaintiff, KELLY standing in front of the Line, however, there were in fact three female partie's directly behind KELLY in the same Line, and upon that instant moment, defendant, DOE / A.K.A. / BAILEY, most discrimatory, motioned to the Sole female party directly behind KELLY, directing the woman to step up to the front of the Line, and to move in advance of KELLY, despite the fact that Plaintiff, KELLY was in fact next in Line!

(13) Further during this same event, upon the same concise date, defendant DOE / A.K.A. / BAILEY, removed from the official Line two other female customer's, and

( 7 )

most discrimatory placed
those concise gender's in
front of Plaintiff, KELLY,
despite the fact that
KELLY was (already) in
Line for prior to the two
women customer's.

(14) As to age discrimin-
-ation, on the concise
date of November, 13th, 2020,
Plaintiff, KELLY was in
fact awaiting in a
structured Line within
the Same U.P.S. Store, and
directly in front of defendant,
DOE/A.K.A./BAILEY, and upon
Such time at which defendant,
pulled out of the Line an
older male subject, and
placed the (older) party in
front of Plaintiff KELLY,
despite the fact that
KELLY was (already) in
Line for prior to the
older party awaiting in
the Line!

(8)

(15) This same exact event concerning person's of an older age being removed from the U.P.S. store Line, and placed in front of Plaintiff, KELLY did in fact occure four other consecutive times at the hands of defendant, DOE/A.K.A./BAILEY, upon the same concise date of November, 13ᵗʰ, 2020. A sincere claim of age discrimination clearly rises here!

(16) Upon the concise dates of November, 3ʳᵈ, 4ᵗʰ, 5ᵗʰ, 6ᵗʰ, and 7ᵗʰ, 2020, defendant, DOE/A.K.A./BAILEY, accepted cash monies from Plaintiff, KELLY, in light of placing U.S. postal stamps upon KELLY'S mailing envelopes, however this concise defendant, JANE DOE/A.K.A./BAILEY, once the money for the postal stamps were in fact paid for by Plaintiff, KELLY to defendant, DOE/A.K.A./BAILEY,

She, defendant, DOE, placed
the envelopes into the U.P.S.
Store's outgoing mail area/
box and did so without placing
the proper and required
postage upon KELLY'S outgoing
mail, despite the fact that
KELLY, had in fact already
paid to defendant, DOE, the
proper postage as such! KELLY'S,
mail addressed to the united
States district court clerk's
office in, (a) Butte, (b) Helena,
and (c) Missoula, was in
fact returned to him per
the u.s. postal Service
Sufficing Lack of u.s.
postage, all mail related
to KELLY'S conciSe cases in
the captioned matter's of;
Kelly, VS. church of Jesus
christ of Latter-Day Saints,
and in KELLY, VS. Clint
Pullman, et-al, the Lewis
and clark county sheriff's
office. (Some volume of
this conciSe mail returned
to KELLY, did in fact exists

(10)

of two consecutive,
notice of change of
mailing addresses in
both cases), This concise
claim suffices a cause of
mishandling of U.S. mail,
and interference into
pending litigation.

(17) Plaintiff, KELLY in
fact located quality and
very plausible information,
sufficing that the unlawful
discrimination, both upon
age, and sex and gender, did
in fact exists as a clear
(conspiracy), engaged into
at the hands of three
consecutive person's/employees,
of the Kalispell U.P.S.,
store, with the primary
Leader of the conspiracy
to discriminate upon KELLY,
being defendant, DOE/A.K.A./
BAILEY!!!

(11)

INJURY

(18) Plaintiff, in fact
suffers damages caused by
defendant, where, (a) his
two consecutive, (notice of
change of mailing addresses),
did not arrive at the federal
court clerk's office, (b) he
was in fact discriminated
upon by defendant upon
two consecutive discriminatory
aspect's, age, sex and gender,
and was most unlawfully
forced to await a lengthy
period of time in which to
(equally), attend the
front counter in order to
process his sincere u.s.
mail. Punitive damages
should well suffice here.


CLAIM ONE

(19) Defendant, DOE, severly
discriminated upon plaintiff,

(12)

upon such time at which
she, defendant, placed a
concise (class), of female
gender person's in front
of the structured Line
at which Plaintiff were
awaiting his turn, and was
most clearly treated (non-
comparable), to the other
customer's of a female
gender/sex.

CLAIM TWO

(20) Defendant, DOE, severely
discriminated upon plaintiff,
upon such event at which
she, defendant, placed a
concise (class), of older
age citizen's in front of
a structured Line at which
Plaintiff were awaiting his
turn, and was in fact
treated (non comparable),
to the other customer's of
an older age.

CLAIM THREE

(21) Defendant, DOE, severely
(interfered) with and
most clearly mishandled
Plaintiff's u.s. mail in
her failure to properly
affix and place the paid
for postage upon Plaintiff's
envelopes, causing his
mail to be returned,
resulting into delay of
his two federal court
cases/lawsuit's.


WHEREFORE, upon the
premises considered, it
is respectfully requested
upon this honorable court,
the entry of a judgment
as follows:

(4) enter punitive damage
awards, jointly, against
defendant in an amount

(14)

of, $200,000.

(b) award Plaintiff, with actual damages in an amount of, $165,000.

(c) enter judgment awarding Plaintiff, with a consecutive financial amount of a reasonable portion as deemed proper by this honorable court.

(d) Jury trial requested.

I declare under penalty of perjury the foregoing to be true and correct.

Signed this 7th day of December, 2020.

Stephen P. Kelly

(SIGNATURE OF PLAINTIFF)

(15)